UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ALEJANDRO A. CELAYA,
    Plaintiff,

-vs-                                  Case No. 6:08-cv-1930-Orl-18GJK

ERNEST STICKLE, d/b/a Ernest Stickles
Concrete,
    Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on Plaintiff's Motion for Entry of Final Default Judgment Against Defendant (Doc. No. 7). The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**. Plaintiff's Motion is **GRANTED** in part and **DENIED** in part. The Clerk of the Court shall enter judgment for the Plaintiff and against the Defendant in the following amounts: $13,732.50 in unpaid overtime compensation; $13,732.50 in liquidated damages for unpaid overtime compensation; $702.00 in unpaid minimum wages; $702.00 in liquidated damages for unpaid minimum wages; $1,560.00 in reasonable attorneys' fees; $375.00 in costs. The Clerk of the Court is directed to **CLOSE** the case.

It is **SO ORDERED** in Orlando, Florida, this _27_ day of May, 2009.

G. KENDALL SHARP
Senior United States District Judge

Copies to:
Counsel of Record
United States Magistrate Judge